# AGREEMENT TO RECEIVE NOTICE OF ELECTRONIC FILING (NEF)

**NOTE:** This Form Does Not Authorize Electronic Filing.

RE: _____ (case number)

RECEIVED

MAR 28 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

By my signature and submission of a valid e-mail address, I agree to accept Notice(s) of Electronic Filing from the United States District Court, Western District of Tennessee.

*Tekeva Shaw*

Printed name

*tekeva.Shaw@yahoo.com*

Email address (Please PRINT)

*Tekeva Shaw*

Signature

If the NEF is returned as undeliverable, this agreement is null and void, and future documents will be mailed via U.S. Postal Service by Clerk's office upon notification of the undeliverable e-mail.