IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Tekeva Shaw
_____
_____

(Enter above the full name of the plaintiff
 or plaintiffs in this action.)

vs.

Robin Dewey
Toriance White
Makayla Powell and others

(Enter above the full name of the defendant
 or defendants in this action.)

Amended

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts
      involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more
      than one lawsuit, describe the additional lawsuits on another piece of paper, using
      the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs:  Tekeva Shaw

         Defendants:  Robin Dewey, Toriance White,
                      and Makayla Powell

      2. Court (if federal court, name the district; if state court, name the county):
         Shelby County General Sessions
      3. Docket Number:  2238737
      4. Name of judge to whom case was assigned: Judge Lynn Cobb
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still
         pending?)
         Dismissed due to jurisdiction
      6. Approximate date of filing lawsuit: February 8, 2024

      7. Approximate date of disposition: February 23, 2024

-1-

Revised 4/18/08

II.     Place of Present Confinement: _N / A_

        A. Is there a prisoner grievance procedure in the institution?

                                                       Yes ( )   No (✓)

        B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?                            Yes ()   No (✓)

        C. If your answer is Yes:

           1. What steps did you take? _N / A_

           2. What was the result? _N / A_

        D. If your answer is No, explain why not: _N / A_

III.     Parties

        (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

        A. Name of Plaintiff _Tekeva Shaw_

           Address _4166 Looney Ave Memphis TN 38107_

        (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

        B. Defendant _Robin Dewey_              is employed as

           at _8714 Old River Road Cordova, TN 38018_

        C. Additional Defendants: _Torrance White - 577 N Germantown Parkway Cordova, TN 38018 / 8714 Old River Road Cordova, TN 38018 Makayla Powell - 6161 Apple Tree Dr. Memphis, TN 38115 / 8714 Old River Road Cordova, TN 38018_

IV.     Statement of Claim

        State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

Revised 4/18/08

V.    Relief
      <u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments.
      Cite no cases or statutes.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

VI.   Jury Demand
      I would like to have my case tried by a jury. Yes ( ) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our
information, knowledge, and belief.

Signed this _4th_ day of _April_, 20 _24_.


_____

_____

_____
                          (Signature of Plaintiff/Plaintiffs)

Revised 4/18/08

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

Defendants continued:

Mikeya Oliver    4017 Knob Drive Memphis, TN 38127

Shakerra Oliver    4017 Knob Drive Memphis, TN 38127

Shenika Oliver    4017 Knob Drive Memphis, TN 38127

LeAndre Dewey    4017 Knob Drive Memphis, TN 38127

Thadnesha Oliver    1471 Farrow Road Memphis, TN 38116

Sharon Oliver    1471 Farrow Road Memphis, TN 38116

Mieshia Oliver    1471 Farrow Road 38116

Renee Oliver    4812 Twin Eagles Cir E Apt 101 Memphis, TN 38125

Jasmine Ford    1471 Farrow Road Memphis, TN 38116/ 370 Nebo Street Memphis, TN 38126

Zaycorick Ford    1471 Farrow Road Memphis, TN 38116

Jazmine Bufford    6747 Kirby Lakes Drive Bartlett, TN 38135

Kendra Pollard    6747 Kirby Lakes Drive Bartlett, TN 38135

Aviance Murphy    578 Wesley Woods Drive Cordova, TN 38018

Vontearria Guy    7878 Tucker Drive Walls, MS 38680

Dividra Parker    1298 Semmes St Memphis, TN 38111

Kiera Roebuck    4519 Cedar Leaf Cove Memphis, TN 38128

Lovie Jenkins    634 Union Avenue Memphis, TN 38103

Cedrick Williams    1649 Torrington Drive 38016

Theaster Williams    4563 Addington Drive Memphis, TN 38128

Kevin Shaw    4563 Addington Drive Memphis, TN 38128

Kevin Shaw Jr.    4563 Addington Drive Memphis, TN 38128

Jason Shaw    4563 Addington Drive Memphis, TN 38128

Sierra Wright-Shaw    4563 Addington Drive Memphis, TN 38128

Deborah Shaw-House    6747 Kirby Lakes Drive Bartlett, TN 38135/ 3244 Harvester Lane Memphis, TN 38127

Datrevous Williams    1491 Appling Wood Cove S Cordova, TN 38016

Faith Sargant    6035 Blackwing Drive APT 176 Memphis, TN 38115

Marcello Shaw    4329 Cary Hell Cove Memphis, TN 38141

Keshun McCaster    8714 Old River Road Cordova, TN 38018

Kenyadia McCaster    8714 Old River Road Cordova, TN 38018

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

These people have been inclusive in the scandal of harassment, impersonation, identity theft, hate crimes against me, defaming my character, sabotaging personal and professional relationships, exploitation, violating my privacy, humiliation tactics, theft of property including intellectual property, manipulation tactics, terrorism/counterterrorism, hacking, and abuse. There has also been premeditated and attempted murder and the intention of pining false crimes upon me to have me arrested. They have formed an extra governmental group pretending to be FBI agents with a recruitment system while seeking to alter the form of Government of the U.S. by unconstitutional means by either coup d'etat or rebellion by advocating overthrow of Government.

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION


I would like for said people to be sentenced to federal prison according to the violations of my rights. I am also seeking monetary damages for emotional and physical distraught, distress, abuse and other damages.