UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

Amendment

Plaintiff,

Tekeva Deshuna Shaw

No. 242197

Lee Christian    3115 Aden St Memphis, TN 38127

Dwain Manning    634 Union Ave Memphis, TN 38103

Aserlean Sanders    4249 Millbranch Road Memphis, TN 38116

Denise Houston    634 Union Ave Memphis, TN 38103/ 5485 Blimey Cv Memphis, TN 38116

David Jenkins    634 Union Ave Memphis, TN 38103

Anthony Flemming    4428 Sunny View Drive Memphis, TN 38127

Ayana Williams    634 Union Ave Memphis, TN 38103

Jamal Jenkins    634 Union Ave Memphis, TN 38103

Roderic Sydney Ford    1291 Ryanwood Ave Memphis, TN 38116

Freddie R. Shannon    1422 Snowden Ave Memphis, TN 38107

Alvin Williams Jr.    977 Looney Ave Memphis, TN 38107

Robert Anderson    1376 Breamhaven Cove Memphis, TN 38109

Marquis Williams    8750 Smith Ranch Dr Southaven, MS 38671

Donneshia Shaw    554 Creekwood Circle S Southaven, MS 38671/ 6390 Jamestown Drive Horn Lake, MS 38637

Angeleake Bunting McQuarter    554 Creekwood Circle S Southaven, MS 38671/ 8230 Elmbrook Dr, Southaven, MS 38671

Robert Small 1834 Lapaloma St Memphis, TN 38114

Rashanda Cleaves    6th Crompton Square Apt. 1779B Memphis, TN 38107

Demarcus Oliver    4812 Twin Eagles Cir E Apt 101 Memphis, TN 38125

DeAndre Dotson    1471 Farrow Road Memphis, TN 38116

Rodney Rhodes    TDOC ID:00476495/ State ID Number: 1354053

*Tekera Shaw*
966 Looney Ave
Memphis, TN 38107
901-690-4686/901-671-7851