IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



RECEIVED
MAY 24 2024
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN Memphis

**TEKEVA SHAW,**

    **Plaintiff,**

vs.                                             No.: 2:24-cv-2197-TLP-cgc

**ROBIN DEWEY, MAKAYLA POWELL,**

**TORIANCE WHITE, et al.**

    **Defendants.**

---

AMENDED COMPLAINT TO ADD DEFENDANTS AND STATEMENT OF RELIEF

---

Greg Williams    977 Looney Ave Memphis, TN 38107

Michelle Williams    977 Looney Ave Memphis, TN 38107

Kory Bramley    962 Looney Ave Memphis, TN 38107

LaDonna Johnson    2534 Dwight Cove Memphis, TN 38114

LaDarrius Beriske Banks    2534 Dwight Cove Memphis, TN 38114

Lori Armour    2534 Dwight Cove Memphis, TN 38114

LaNisha Elliott    2534 Dwight Cove Memphis, TN 38114

Jazmin Gibbs    1331 Union Ave Ste 908 Memphis, TN 38104

Terence Thomas    201 Poplar Ave 9th Floor, Room 9-25 Memphis, TN 38103

There was also an error made on the order for the defendant named LeAndre Dewey. The order has the name spelled as LaAndre Dewey. I made an error on my behalf with defendant named Alvin Williams Jr; it should be Alvin Williams instead.

Statement of relief:

I am requesting for Robin Dewey, Makayla Powell, Toriance White, Aviance Murphy, Vontearria Guy, Thadnesha Oliver, Sharon Oliver, Mieshia Oliver, DeAndre Dotson, Jasmine Ford, Zaycorick Ford, Mikeya Oliver, Shakerra Oliver, Shenika Oliver, Renee Oliver, Demarcus Oliver, Kevin Shaw, Theaster Williams, Jason Shaw, Jazmine Bufford, Kendra Pollard, Debora Shaw-House, LaDonna Johnson, Lori Armour, LaDarrius Beriske Banks, LaNisha Elliot, Faith Sargant, Rodney Rhodes, Donneshia Shaw, Angeleake Bunting-McQuarter, Dividra Parker, and Cedrick Williams to all be sentenced to life in prison while the other defendants are sentenced pursuant to the violation of my rights.

I am seeking compensatory relief in the amount of $99 Nonillion for emotional and physical distraught, distress, abuse and other damages pursuant to the violation of human rights on federal, state, and municipal levels and the cost of court costs and fees for $405. I am seeking compensatory relief on behalf of minor 1 in the amount of 10 trillion and 8 trillion for minor 2.

Tekeva Shaw

966 Looney Ave Memphis, TN 38107

*Tekeva Shaw* (signature)

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

**TEKEVA SHAW,**

      **Plaintiff,**

vs.                                                     No.: 2:24-cv-2197-TLP-cgc

**ROBIN DEWEY, MAKAYLA POWELL,**

**TORIANCE WHITE, et al.**

Additional statement of claim: Robin Dewey, Shakerra Oliver, Makayla Powell, and Rashanda Cleaves all played a part in cutting off my hair. I started off with a full afro which was about 12 inches of hair straightened and Robin cut it first, Rashanda cut It second while doing my hair, she actually cut off an entire two braids. Makayla Powell cut some off while doing my hair and attempted to set me on fire and Shakerra Oliver cut off the most of it, leaving me with less than 2 inches of hair at the top, extra braids missing, and she put a chemical in my hair or burned it to where it has not grown back at all after almost 2 years. Robin Dewey, who is my mother, tried to convince me that I have cancer along with Shakerra Oliver.

 

Tekeva Shaw

966 Looney Ave Memphis, TN 38107

*Tekeva Shaw* (signature)