IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**TEKEVA SHAW,**

    **Plaintiff,**

vs.                                          No.: 2:24-cv-2197-TLP-cgc

**ROBIN DEWEY, MAKAYLA POWELL, TORIANCE WHITE, et al.**

    **Defendants.**

## ORDER DENYING MOTION TO APPOINT COUNSEL

Before the Court, pursuant to Administrative Order 2013-05[1], is Plaintiff's April 23, 2023 Motion to Appoint Counsel (D.E. # 11).

Pursuant to 28 U.S.C. § 1915(e)(1), "[t]he court may request an attorney to represent any person unable to afford counsel." However, "[t]he appointment of counsel in a civil proceeding is not a constitutional right." *Lanier v. Bryant*, 332 F.3d 999, 1006 (6th Cir. 2003) Appointment of counsel is "a privilege that is justified only by exceptional circumstances." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985). In determining whether "exceptional circumstances" exist, courts have examined "the type of case and the abilities of the plaintiff to represent himself." *Archie v. Christian*, 812 F.2d 250, 253 (5th Cir. 1987); see also *Poindexter v. FBI*, 737 F.2d 1173, 1185 (D.C. Cir. 1984). This generally involves a determination of the "complexity of the factual and legal issues involved." *Cookish v. Cunningham*, 787 F.2d 1, 3 (1st Cir. 1986).

---

[1] The instant case has been referred to the United States Magistrate Judge by Administrative Order pursuant to the Federal Magistrates Act, 28 U.S.C. §§ 631-639. All pretrial matters within the Magistrate Judge's jurisdiction are referred pursuant to 28 U.S.C. § 636(b)(1)(A) for determination, and all other pretrial matters are referred pursuant to 28 U.S.C. § 636(b)(1)(B)-(C) for report and recommendation.

While it has previously been determined in this case that Plaintiff qualified to proceed *in forma pauperis* (D.E. # 10), that is not determinative of the issue of appointment of counsel. Further, the Court finds that the instant case does not present complex factual and legal issues that would rise to the level of the exceptional circumstances that the Sixth Circuit requires[2]. Therefore, Plaintiff's motion seeking appointment of counsel is DENIED.

**IT IS SO ORDERED** this 14th day of January, 2025.

s/Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

---

[2] It has been recommended that Plaintiff's Complaint be dismissed for failure to state a claim. (D.E. # 10) Plaintiff has not timely filed an objection to the report and recommendation.