# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TEKEVA SHAW, | ) |
| Plaintiff, | ) |
| | ) No. 2:24-cv-02197-TLP-cgc |
| v. | ) |
| ROBIN DEWEY, et al., | ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY THE COURT**. This action came before the Court on Plaintiff's pro se Complaint, filed on March 28, 2024. (ECF No. 1.) In accordance with the Order Adopting Report and Recommendation (ECF No. 19), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

January 27, 2025
Date